

Lori Harper Suek, Esq., USBI—Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Kenneth R. Olson, Esq., Olson Law Office, Great Falls, MT, Defendant–Appellant.

Dean Anthony Friese, Shelby, MT, pro se.

Before: ALARCÓN, HALL and PAEZ, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tribute methamphetamine, in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Friese contends that the district court erred by concluding that it could not apply the safety valve statute, 18 U.S.C. § 3553(f), in light of the Supreme Court's holding in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Because it is unclear whether the district court imposed the sentence "without regard to the mandatory minimums," we vacate the sentence and remand for further proceedings consistent with *United States v. Cardenas–Juarez,* 469 F.3d 1331, 1335 (9th Cir.2006).

**VACATED. REMANDED FOR RE-SENTENCING.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Betty Jo FRIESE, Defendant–Appellant.**

**No. 05–30600.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 8, 2007.*

Filed Jan. 11, 2007.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Friese contends that the district court erred by concluding that it could not apply the safety valve statute, 18 U.S.C. § 3553(f), in light of the Supreme Court's holding in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Because it is unclear whether the district court imposed the sentence "without regard to the mandatory minimums," we vacate the sentence and remand for further proceedings consistent with *United States v. Cardenas–Juarez*, 469 F.3d 1331, 1335 (9th Cir.2006).

**VACATED. REMANDED FOR RE-SENTENCING.**

Lori Harper Suek, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Esq., Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

